876

No. 97–5104. MUNGIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5105. WOODS v. INTERNAL REVENUE SERVICE. C. A. 11th Cir. Certiorari denied

No. 97–5107. MARSHALL v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–5108. SAEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5109. CONNER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5111. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5112. ROY v. MADDOCK, INTERIM DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5113. VARGAS v. GARNER, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 97–5114. THOMPSON v. DRUG ENFORCEMENT ADMINISTRATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5115. CHAMBERS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5117. TILLIS v. KERNAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5118. TROTTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–5119. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5120. WILSON v. HARPER ET AL. C. A. 8th Cir. Certiorari denied.